Case 1:11-cv-00002-LY Document 1 Filed 01/03/11 Page 1 of 3

A11CA002 LY

FILED    FILED
JAN 3 2011    DEC 3 0 2010
CLERK, U.S. DISTRICT COURT    CLERK, U.S. DISTRICT OF TEXAS
WESTERN DISTRICT OF TEXAS    WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY CLERK

1/16

To the Honorable James No[...] and the Honorable Sam Sparks: At least one of these men

I can and do understand how people can be conned, manipulated, and used [to the point of abuse and alleged criminality] by both real and false premises, false (or fraudulently misrepresented) beliefs, and criminal dynamics in legitimate authority. are Christians whatever

I believe I have a perfect understanding of how this alleged abuse is, and can be, in reality very real to someone/the victim. that is supposed to mean

I believe I can also understand how people NOT in legitimate authority can be forced to do things against their will by fear or lack of perceived hope due to conscious, knowing, deliberate actions and inactions, in the context of, and in an [self policing and self forgiving? with no apparent oversight or checks and balances?] environment or individual person filled with self centered, self serving, self justifying cynicism, arrogance, and a mean spirited ill-willed concept of both alleged Islam/alleged Allah and alleged Christianity/alleged Jesus spirit in an individual's heart or institution's mission of seeking real truth and Christian witnessing same in personal and corporate mission. these days,

I believe I have a perfect understanding of how this alleged abuse causes real bruises and real pain [especially when followed by real forced debilitating drug injections without [reading glasses] consent or competent non-colluding legal and medical counsel [two examples only]], and especially when the abuse is ONLY perceived/imagined to have been done to you. You perceived you reported IN WRITING UNDER PENALTY OF PERJURY USING YOUR REAL IDENTITY, YOUR REAL NAME, AND IN PERSON a/the crime of being beaten in jail by two young men [on surveillance video no less] to someone NOT impersonating an honest law enforcement or criminal justice authority and who was in legitimate authority.

I understand how there is in reality, or can be in reality, a period of time where fear is, or can be, a motivating factor in addition to the false beliefs and misrepresented or fraudulently represented legitimate authority referenced above and below.

I have never been in a criminal gang to my conscious, knowing, deliberate knowledge, but I do believe I have a good idea of criminal gang dynamics and criminal gang collusion.
When I joined Faith Presbyterian church at 1314 East Oltorf in Austin, Texas, and subsequently after my marriage, Shepherd of the Hills Presbyterian on McCarty Lane in Austin, Texas I did not join Covenant, Hope, Westminster, Central, or Saint Andrews Presbyterian, or any Catholic or Episcopal church in Austin, Texas.

I believed I joined a Protestant denomination mainstream Christian neighborhood church.

I learned the church was connectional and was sanctioned and commissioned under the auspices of Mission Presbytery, Synod of the Sun, and the Presbyterian church usa General Assembly held every two years.

I believed and assumed Christians in general and fellow Presbyterians in specific [and more specific Presbyterian federal officials] valued do not lie, do not cheat, do not steal, order and discipline, do the right thing for the right reason-NOT do the wrong thing for your own definition of the right reason, respect for the law and the spirit of the law [when the law is obviously misused], and reason and logic over emotion, manipulation, and abuse of legitimate authority or power.

I assumed I joined a Christian denomination religion neighborhood church; I assumed I DID NOT join a branch of tax supported government at any level, the ACORN, or an ACORN like, branch of the Communist Party USA, "the movement", a coven of black or dark self centered and self serving witches, a Scientology "religion", or a Scientology like cult, or a military/law enforcement/executive branch/judicial branch/legislative branch based criminal organization as defined by the RICO statutes.

I ASSUMED I DID NOT join the "religion" version of the Texas Democrat political party, the DNC, the UN General Assembly, or any partisan political party, but rather a Christian religion denomination. Whether the "actress" was NOT acting under duress, or NOT acting and under duress in the movie, and the ON AIR "initiate" in the FCC complaint [both referenced and included below] was not determined to be assault and/or abuse [example one is non-verbal, [I cannot speak or understand any Asian language], or verbal assault obscenity/oppression speech as charged and described in the FCC complaint, I charge in both cases it was abuse.

I can easily see there was not any element of love and compassion, or Christian charity and holiness exhibited in both cases. In both cases there was abuse in my opinion.

The abuse occurred in the movie specifically referenced below, when the second hour rape scene occurred, and after that when the two men urinated on the actress and forced her to swallow the urine [not written in code talk or code speak - this was really depicted].

In the FCC complaint the abuse occurred when the ON AIR "initiate" [individual male was specifically named in the original complaint] referenced in the FCC complaint included below consciously, knowingly, and deliberately called a well known female PUBLIC FIGURE celebrity a "skank", and when challenged to define his term, he consciously, knowingly, and deliberately further clarified his "skank" comment by ON AIR stating [the [same] person] was a "skank whore".

I have an opinion, but do not pretend to define "community [AT-LARGE] standards", but I believe I have a good grasp of what would be considered universally defined GOOD Christian actions and inactions.

I charge in all of the above and below universally defined good values of any type were not exhibited.

We do not live in a churchstate.

In these specific incidents I believe the actions and words depicted criminal abuse and criminality at it's source.

In these specific incidents I believe the actions and words did not depict free expression, art, or entertainment.

In these specific incidents I believe the actions and words depicted criminal abuse and criminality at it's source.

I believe that I was treated in a criminal manner that caused me harm and financial loss.

I know I was mistreated in a Presbyterian church usa and united Methodist church dynamic.

I know when I went to the Travis County ACLU and the Yudoff led UT Law School for help I was ignored. The man who was the director there at that time had to change jobs. Yudoff parlayed himself to a better paying job.

I know when I went to Travis County Common Cause and the Travis County League of Women Voters, both alleged non-partisan advocates for better and more open government, I was ignored. I assert all of the above were in reality partisan Democrat operations bases, NOT non-partisan advocates.

I know I was beaten in a Democrat Party controlled environment and subsequently forcibly injected against my will with debilitating drugs in another Democrat controlled environment.

I believe I am being reported/shown on Democrat controlled court documents/paper that I am functioning/operating on a fourth grade level for THEIR financial and medical manipulations and control.

For criminal prosecution I assert this action to be the same as killing me, or attempting to kill me, and my being dead.

Therefore as a citizen, I pro se charge Clarence Keith Wright formerly of Faith Presbyterian church, David M. Evans of Shepherd of the Hills Presbyterian church, several salaried employees and persons called by Mission Presbytery, Synod of the Sun, and the Presbyterian church usa General Assembly and their executive offices and officers, John C. Gilbert of First united Methodist, David Robinson of the Austin District of the Methodist church, et al. with the attempted murder and murder of Steven Ray Sawyer, a lifelong Austin, Texas resident, and bearer of Texas driver's license number 06196933, and United States social security number ____N/A____.

*Steven Ray Sawyer* 1/13/11
10610 Morado Circle #3207 Austin TX 78759
512-826-1069

STEVEN RAY SAWYER

June 23, 2010

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME by STEVEN RAY SAWYER, Affiant, on this _____ day of June, 2010.

_____
Notary Public, State of Texas

\*As a citizen,
I charge the man who "performed" the rape scene in the referenced movie, the two men who urinated on the actress and forced her to swallow the same urine, the person or persons who were filming same, or in the immediate area viewing the scene being recorded and did not stop or report the incident to the proper legitimate authority, the NSA/"NSA"/"secret" "service"/Bert's-Podie's-Keith's-Jeff's/"Sea.org" dynamic personnel who witnessed and/or heard the incident and did nothing, the legitimate authority chain of command who ignored the complaints and/or who were in collusion all along, and the irresponsible, apparent mean spirited arrogant ON AIR personality with white slavery oppression suppression abuse of the woman in the movie and the well known female celebrity allegedly slandered and libeled by him, and as accessories to attempted murder, and or murder, of me, Steven Ray Sawyer, a lifelong Austin, Texas resident, and bearer of Texas driver's license number 06196933, and United States social security number __N/A_____.

_Steven Ray Sawyer_  1/13/11
10610 Morado Circle #3207
Austin, TX 78759    512-826-1069

STEVEN RAY SAWYER

June 23, 2010

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME by STEVEN RAY SAWYER, Affiant, on this _____ day of June, 2010.

_____
Notary Public, State of Texas

ORIGINAL document was notarized and submitted to the federal courthouse in Austin, Texas

From: S.R. Sawyer  Sent: Tuesday, March 30, 2010 4:40 PM  To: srs5205@live.com ; srs5205zorro7@yahoo.com  Subject: Fwd: I am in need of a real job as I have found someone I want to ask to marry me. I am trying to network.--------- Forwarded message ----------
From: S.R. Sawyer <srs5205@gmail.com>
Date: Tue, Mar 30, 2010 at 4:40 PM
Subject: I am in need of a real job as I have found someone I want to ask to marry me. I am trying to network.
To: "kathy&amp,jack" braddockjk@aol.com
From: srs5205  Sent: Sunday, March 28, 2010 11:48 PM  To: ttcviewers@yahoo.com  Subject: Fw: March 28th Sunday Maria movie questions Easter 2010From: srs5205  Sent: Sunday, March 28, 2010 4:15 PMTo: postmaster@mail.ad.ge.com  Cc: oreilly@fox.com ; elrushbo@eib.net